1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

8
9
10

RYAN SCOTT ADAMS,

             Plaintiff,

11

   v.

12

GERALD BANNER, *et al.*,

13

             Defendants.

14

CASE NO. 2:25-cv-01421-DGE-GJL

ORDER TO SHOW CAUSE

15    The District Court has referred this action filed pursuant to 42 U.S.C. § 1983 to United

16 States Magistrate Judge Grady J. Leupold.

17    Plaintiff Ryan Scott Adams, proceeding *pro se*, commenced this action on July 24, 2025.

18 Plaintiff filed an Application to Proceed *In Forma Pauperis* ("IFP") along with a proposed §

19 1983 Complaint, but he did not use the correct IFP form or provide a certified copy of his prison

20 trust account statement. *See* Dkt. 1.

21    On July 29, 2025, the Clerk of Court sent Plaintiff a letter notifying Plaintiff that he had

22 failed to meet the IFP Application filing requirements by using the incorrect IFP form and failing

23 to provide a prison trust account statement. Dkt. 3. The Clerk enclosed an appropriate IFP Form

24

for Plaintiff's convenience. *See* Dkts. 3, 3-1. Additionally, the Clerk of Court instructed Plaintiff to return the requested documentation to the Court by August 28, 2025. *Id*. The Clerk also warned Plaintiff that if he did not respond to the letter by August 28, 2025, the action may be subject to dismissal. *Id*.

To date, Plaintiff has not responded to the Clerk of Court's letter and has not returned the requested documents to the Court. Accordingly, Plaintiff is now **ORDERED** to **SHOW CAUSE** why this case should not be dismissed for failure to prosecute. If Plaintiff fails to respond to the Court's Order on or before **October 1, 2025,** the Court will **RECOMMEND DISMISSAL** of this action without prejudice for failure to prosecute and for failure to comply with a Court Order.

Dated this 10th day of September, 2025.

Grady J. Leupold
United States Magistrate Judge

ORDER TO SHOW CAUSE - 2