UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RYAN SCOTT ADAMS,<br><br>                Plaintiff,<br><br>  v.<br><br>GERALD BANNER, *et al.*,<br><br>                Defendants. | CASE NO. 2:25-cv-01421-DGE<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION** |

The Court, having reviewed the Report and Recommendation of Magistrate Judge Grady J. Leupold, and the remaining record de novo, and having received no objections, does hereby find and ORDER:

(1)    The Court ADOPTS the Report and Recommendation (Dkt. No. 7.)

(2)    Plaintiff's IFP Motion (Dkt. No. 6) is DENIED. Plaintiff must pay the $405.00 filing fee within 30 days of the date of this Order.

(3)    The Clerk is directed to terminate this case if the filing fee is not paid on or before the required deadline.

(4)    The Clerk is directed to send copies of this Order to Plaintiff and to the Hon. Grady J. Leupold.

**DATED** this 20th day of October, 2025.

1
2
3    David G. Estudillo
     United States District Judge
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

ORDER ADOPTING REPORT AND RECOMMENDATION - 2